IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

ORDER

---

After review of the Stipulated Motion for Correction of Named Defendant and Leave for Defendant to File Amended Answer, filed June 29, 2011 [9], it is

ORDERED that pursuant to the parties' stipulation the case caption and the complaint filed in this case is corrected to reflect American Standard Insurance Company of Wisconsin as the proper named defendant as reflected above. It is

FURTHER ORDERED that the defendant has to and including July 13, 2011 to file an amended answer.

DATED: July 7th , 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge