IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR INDEPENDENT EXAMINATIONS

---

     Upon review of the defendant's motion for independent examinations under Fed.R.Civ.P. 35, filed October 19, 2011, and the plaintiff's response, filed October 21, 2011, it is

     ORDERED that the motion is granted and the scheduled examinations shall proceed and the determination of the admissibility of evidence produced as a result of these examinations is a matter to be determined later.

     Dated: October 24th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____

                        Richard P. Matsch, Senior District Judge