IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

---

ORDER GRANTING EXTENSION OF TIME TO DISCLOSE REBUTTAL EXPERTS

---

Upon consideration of Plaintiff's Unopposed Motion to Amend Scheduling Order to Two-Week Enlargement of time to Disclose Rebuttal Experts [40], filed January 6, 2012, it is

ORDERED that the motion is granted and the rebuttal expert opinion disclosure deadline is extended to and including January 23, 2012.

Dated: January 10th, 2012

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
    .                                           Richard P. Matsch, Senior District Judge