### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                February 1, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-01590-RPM

| | |
|---|---|
| MOLLI A. LORENZO, | Marc R. Levy |
| | Joshua R. Proctor |
| Plaintiff, | Robert Markel |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Suzanne J. Lambdin |
| | Shauna L. Hilgers |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

**Motion Hearing**

**3:38 p.m.     Court in session.**

Court's preliminary remarks.

Mr. Levy states counsel have resolved the motion to quash [38].
Statements by Mr. Levy regarding agreement.

**ORDERED:** **Plaintiff's Motion to Quash Defendant's Subpoenas Served on Plaintiff's Healthcare Providers and for Protective Order [39], is resolved.**

Mr. Levy answers questions regarding case issues (bad faith, breach of contract and damages).
Mr. Proctor states plaintiff's claims regarding damages and answers questions.
Argument by Mr. Levy regarding bad faith (continuing).

Argument by Ms. Lambdin [38].

**ORDERED:** **Protective Order is modified to exclude the limitation that depositions cannot be used in other litigation.**
**Mr. Levy shall prepare a revised order.**

**ORDERED:** **Plaintiff's Motion for Leave to File Response to Defendant's Motion for Protective Order [38], is moot based on court's ruling as stated on record.**

February 1, 2012
11-cv-01590-RPM

Court advise counsel that request to use social media information should be withdrawn for reasons as stated on record.

Discussion regarding case status and scheduling.
Mr. Levy states plaintiff is anticipating filing a motion to amend.

**ORDERED:    Pretrial conference set April 27, 2012 at 2:00 p.m.**

Ms. Lambdin informs the Court regarding defendant's anticipatory motion for protective order (managing attorney).
Argument by Mr. Levy.
Argument by Ms. Lambdin.

Court states the deposition of John Haberlin is permitted and relevant documents are to be produced.

**4:20 p.m.        Court in recess.**

Hearing concluded.  Total time: 42  min.