IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

Pursuant to the February 1, 2012, hearing, it is

ORDERED that a pretrial conference is scheduled for **April 27, 2012, at 2:00**

**p.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **April 19, 2012.**  The conference is conducted with lead counsel present in person.

No parties or representatives of parties will be permitted to attend.

      Dated: February 2nd, 2012.

                    BY THE COURT:

                    s/Richard P. Matsch

      .                _____
                    Richard P. Matsch, Senior District Judge