IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

---

ORDER EXTENDING DISCOVERY CUT-OFF DATE

---

      Pursuant to the Parties' Joint Stipulated Motion to Extend Discovery Cut-Off [51] filed February 3, 2012, it is

      ORDERED that the motion is granted and the discovery cut-off date is extended to March 15, 2012, to complete the depositions identified in the motion.

      Dated: February 6th, 2012.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge