IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

     Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

     Defendant.

---

ORDER ON PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER AND TO FILE AMENDED COMPLAINT

---

On February 9, 2012, the plaintiff filed a Motion to Amend Scheduling Order and for Leave to File Amended Complaint [56]. A proposed amended complaint was tendered. The defendant filed its opposition to that motion on March 5, 2012. At the discovery motions hearing on February 1, 2012, the Court and counsel for the parties discussed the scope of the plaintiff's claim for bad faith claim handling and the defendant's conduct with respect to evaluation of the plaintiff's claim after this civil action was filed and during discovery. At that time, this Court made it clear that the defendant's duty to evaluate an insurance claim in good faith continues during the course of litigation and additional evidence in support of the claim has been submitted, particularly the results of IME examinations. The Court also notes that a Rule 30(b)(6) deposition of the defendant is scheduled for March 14, 2012. It is not necessary to amend the complaint to address the defendant's conduct after the initiation of this civil action and whether punitive damages should be considered by the jury is a matter to be determined at

trial. A pretrial conference is scheduled for April 27, 2012, and the scope of the issues to be litigated will be discussed and determined at that conference. Accordingly, it is

ORDERED that the motion to amend the Scheduling Order to permit the filing of a second amended complaint is denied.

Dated: March 7th, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge