IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

     Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

     Defendant.

---

ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

---

On March 15, 2012, the plaintiff filed a motion to amend scheduling order to allow for completion certain limited discovery.  The defendant filed a response on March 29, 2012, it is now

ORDERED that the plaintiff's motion is granted.

Dated: March 30th, 2012.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge