**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

| | |
|---|---|
| Date: | April 19, 2012 |
| Courtroom Deputy: | J. Chris Smith |
| FTR Technician: | Kathy Terasaki |

_____

Civil Action No. 11-cv-01590-RPM

| | |
|---|---|
| MOLLI A. LORENZO, | Marc R. Levy |
| | Joshua R. Proctor |
|     Plaintiff, | |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Sean A. Chase |
|     Defendant. | |
| And | |
| Injury Finance, LLC., | Jeffrey A. Springer |
| | Matthew M. Holycross |
|     Interested Party. | |

_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**2:01 p.m.**     **Court in session.**

Dr. Scott Burke present on behalf of interested party Injury Finance, LLC.

Court's preliminary remarks.

Argument by Mr. Chase [78].

**ORDERED:** Subpoena Duces Tecum issued to Injury Finance, LLC is quashed.
Injury Finance, LLC's Motion for Protective Order [77], is granted.
Plaintiff's Motion to Quash/Motion for Protective Order Re: Injury Finance, LLC. [78], is granted.

Argument by Mr. Levy.

**ORDERED:** Testimony of John Craver is inadmissible.
Common law bad faith claim is dismissed.
Defendant's Motion to Amend Scheduling Order to Allow for Supplemental Report of John Craver, Esq. [71], is denied.
Defendant's Second Motion to Amend Scheduling Order [80], is denied.

Discussion and Argument by Mr. Levy regarding plaintiff's breach of contract claim.
Court states the case will proceed to trial on plaintiff's Colorado statute First Party claim.

**2:16 p.m.**     **Court in recess.**     Hearing concluded.  Total time:  15 min.