# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                         April 27, 2012
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,                                                                                      Marc R. Levy
                                                                                                                    Joshua R. Proctor
          Plaintiff,
v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,    Suzanne J. Lambdin
                                                                                                                    Sean A. Chase
          Defendant.
_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**1:55 p.m.        Court in session.**

Court's comments regarding it April 19, 2012 ruling [82].

**ORDERED:   Plaintiff's Motion for Reconsideration of the Court's April 19, 2012 Order Dismissing Plaintiff's Common Law Bad Faith Claim [83], is granted.**

Court states case will proceed on plaintiff's common and statutory law claims.

Discussion and argument regarding trial issues.
Counsel agree to confer regarding scope and limits of issues to be tried.

**ORDERED:   Plaintiff's trial brief due May 25, 2012.
                      Defendant's trial brief due June 15, 2012.
                      Plaintiff's reply brief due June 25, 2012.
                      Two week jury trial scheduled August 27, 2012.
                      No pretrial order entered.**

Court states its trial practices.

**2:55 p.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr.