IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **August 27, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

Dated: April 27th, 2012.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge