IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

     Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

     Defendant.

---

ORDER GRANTING MOTION TO FILE EXHIBIT L TO DEFENDANT'S TRIAL BRIEF UNDER RESTRICTION

---

     Upon review of Defendant's Unopposed Motion for Leave to File Exhibit L to Defendant's Trial Brief Under Level 1 Restriction [89] filed June 15, 2012, it is

     ORDERED that the motion is granted.

     Dated: June 18th, 2012.

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 Richard P. Matsch, Senior District Judge