**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                              August 9, 2012
Courtroom Deputy:      J. Chris Smith
FTR Technician:            Kathy Terasaki

_____

Civil Action No. 11-cv-01590-RPM

| | |
|---|---|
| MOLLI A. LORENZO, | Marc R. Levy |
| | Matthew Hall |
| Plaintiff, | |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Suzanne J. Lambdin |
| | Sean A. Chase |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Leave to File Supplement**

**3:00 p.m.          Court in session.**

Court's preliminary remarks.

Argument by Mr. Levy.
Argument by Ms. Lambdin.

Discussion regarding on presentation of the case and **Court sets parameters of admissible evidence as stated on record.**

Further Argument by Mr. Levy.
Further Argument by Ms. Lambdin.

**ORDERED:**     Plaintiff's Motion for Leave to File Supplement in Support of Trial Brief, And/or Motion to Strike, and/or Motion to Compel Production of Documents and Further Discovery [100], is denied.

**ORDERED:**     Pretrial conference set August 17, 2012 at 10:00 a.m.

**4:00 p.m.          Court in recess.**

Hearing concluded.  Total time: 1 hr.