**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:              August 17, 2012
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 11-cv-01590-RPM

| | |
|---|---|
| MOLLI A. LORENZO, | Marc R. Levy |
| | Matthew Hall |
| Plaintiff, | |
| v. | |
| AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN, | Suzanne J. Lambdin |
| | Sean A. Chase |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

**Pretrial / Trial Preparation Conference**

**10:00 a.m.      Court in session.**

Court's comments regarding its review of the transcript from the August 9, 2012 hearing.

Discussion regarding related case tried in this district, case law and applicable statute.

Argument by counsel.

**Dr. Roth's testimony is limited to relevant records review and his evaluation of the nurse's report.**

Discussion regarding presentation and sequence of evidence (damages from collision, (no denial of liability of other driver or proof of cause of accident), photos of accident permitted if previously disclosed, claim, response and exchanges/IME's.

Discussion regarding witnesses.
Court advises counsel parameters of permitted testimony from expert/opinion witnesses (industry standards / no legal conclusion).

Counsel agree to confer to identify, produce and schedule witnesses and to develop stipulations.

Court states its videotape deposition transcript practice.

August 17, 2012
11-cv-01590-RPM

Discussion regarding case claims to be tried (breach of contract, bad faith and unreasonable delay/statute).

Court states stipulated exhibits permitted to be used during opening statements.

**ORDERED:** **Proposed voir dire and jury instructions due 4:00 p.m. August 22, 2012.**
**Statement to jury before voir dire due 4:00 p.m. August 22, 2012.**
**If applicable, videotape transcript (one transcript to include parties' designations (yellow/blue) and objections (red-margin) due 4:00 p.m. August 22, 2012.**
**Final lists of witnesses / order of proof due noon August 24, 2012.**

**ORDERED:** **Defendant's Motion to Clarify and/or Reconsider Court's Ruling From August 9, 2012 Motions Hearing, [106], is denied.**

**ORDERED:** **Plaintiff's Motion for Order to Accept Plaintiff's Offer of Proof and to Rule Admissible Prior 30(b)(6) Testimony of Defendant [105], is denied.**

**Counsel to advise court regarding settlement by 8/22/2012.**

**11:10 a.m.    Court in recess.**

Hearing concluded.  Total time: 1 hr., 10 min.