IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

     Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

     Defendant.

---

ORDER FOR DISMISSAL

---

     Pursuant to the Stipulated Motion for Dismissal with Prejudice [110] filed today, it is

     ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

     Dated:   August 23rd, 2012.

                                 BY THE COURT:

                                 s/Richard P. Matsch

                               _____
                               Richard P. Matsch, Senior District Judge