IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01590-RPM

MOLLI A. LORENZO,

    Plaintiff,

v.

AMERICAN STANDARD INSURANCE COMPANY OF WISCONSIN,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Stipulated Motion for Dismissal with Prejudice [110] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs.

Dated: August 23rd, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge